**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose HUERTA, a/k/a Ilario Vargas Garcia, Defendant–Appellant.**

**No. 06–30206.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007 *.

Filed Feb. 23, 2007.

Bernard F. Hubley, Esq., Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

E. June Lord, Esq., Great Falls, MT, for Defendant–Appellant.

Before BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Jose Huerta appeals from the 240–month sentence imposed after his guilty-plea conviction for conspiracy to possess with intent to distribute and to distribute methamphetamine, in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2.

The district court did not err in relying on charging documents and the abstract of judgment to support a finding that Huerta had a prior drug felony requiring applica-

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

tion of a mandatory minimum sentence pursuant to 21 U.S.C. § 841(b)(1)(A). *See United States v. Rodriguez–Lara,* 421 F.3d 932, 949–50 (9th Cir.2005).

Contrary to Huerta's contentions, the fact of a prior conviction does not need to be admitted by the defendant or proved to a jury beyond a reasonable doubt for purposes of sentencing. *See United States v. Weiland,* 420 F.3d 1062, 1080 n. 16 (9th Cir.2005) (noting the continuing vitality of *Almendarez–Torres v. United States,* 523 U.S. 224, 247, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998)).

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

